UNITED STATES
DISTRICT COURT OF MINNESOTA

RECEIVED BY MAIL
AUG 06 2008
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

PLAINTIFF,
NICO REDDING#134935

DISTRICT COURT CASE
06-cv-4575(DWF/RLE

PLAINTIFF'S MOTION FOR THE
COURT TO STRIKE,OR DISSMISS
ALL THE DEFENDANTS AFFIDAVITS

A. Now comes the plaintiff,"Pro-se" and moves this honorable court for the above-captioned. In support thereof,plaintiff, states the following; That the defendants affidavits are the result of thier own self serving interests,the fact that they are defendants renders thier affidavits unreliable due to bias motive to misrepresent the facts and therefore lack trustworthiness ;

B. **The courts have held in these situations,that** reports,documents statements from defendants in a lawsuit **are dripping with motivations to misrepresent,or make fabricated/false statements** See,Bracey v.Herringa,466 F.2d 702,704-05(7th cir.1972), Romano v.Howarth,998 F.2d. at 108,Morales Feliciano v.Hernandez Colon,697 F.SUPP.37,40(D.P.R.1988).

C. Accordingly, in further support plaintiff refers the court to, Fed.Rules of Evid.803(6),803(8).The defendants print and create thier own stationary,documents,records,thus-they canfabricate anything.Wherefore Plaintiff hopes the court will grant this motion.

D. Also,POLICY 500.040 para.(E),(NURSING PROTOCOL MANUALS,6/1/03,states, Only the author of a medical record may change or delete information. Also see plaintiffs renewed exhib.A already submitted para.s,1,2,3,4,5

1.

in case,07-cv-1576,pending in this honorable court.

E. The defendant,s reliance on the affidavit of Ms.Kathy Reid will not and does not change the fact that **Doctor Mandac,authorized and never rescinded plaintiffs Single cell authorization and** <u>Federal Law is clear</u> that a nurse or practioner cannot overide a doctors prescriptions,directives or medical authorizations.Kathy Reid,was a nurse/nurse practioner,not(A PHYSICIAN). <u>Cody v.Hillard</u>,599 F.SUPP.1025,1040,1057-58(8th cir.) <u>Cummings v. Dun</u>, 630 F.2d 649 (8th cir.1980)

F. Also see State Authorities,-<u>Minn. R.2911.5800,subd.1,2</u>, <u>Minn.R.- 2945.2100,subd.1 (A)(B)Subp.2-j</u>,<u>Minn. R.2911.2600 subp.(F)</u>

G. Also, **Mrs. Lawver,-**<u>**the nurse who illegally wrote rescinded**</u> on plaintiff's Medical authorization for single cell,**was not,and is not a physician.**

### N O T E

1. All the above-mentioned information and conduct by Nurse Phyllis Lawver,and the fact that Kathy Reid was informed,of this and corrected it as far back as 2003,**was known by lino lakes prison staff,and Faribault health services Prison Staff the same day** that plaintiff arrived in Faribault in 2004,or the very next day.

2. Plaintiff took copies of his medical records and gave them to Nola Karow,then took another copy to Jan hanlon.the only reason they gave plaintiff at that time for not providing a single cell was that-**THE LINDEN MEDICAL UNIT HAS NO SINGLE CELLS.**

<u>RESULTING FACTUAL CONSEQUENCES</u>

THEREFORE,**the conduct of defendants peine,jan hanlon,nola karow, connie roerich,Warden Stender,Lt.Krough,Nurse liverseed,-**relating to plaintiffs medical accommodations and authorizations as outlined in plaintiffs complaint was infact illegal (SINCE THE AUTHORATIONS WERE ON GOING AND NEVER CANCELLED.

SIGNED, *Nico Redding*

2.

Mr. Allis Redding 134935
1101 Linden Lane
Faribault
Mn. 55021-2400

Legal Mail
8-3-08

Clerk of The United States District Court
The Honorable Magistrate Judge Raymond L.
Erickson, 700 Federal Building, 316 North
Robert Street, St. Paul MN. 55101-1460

Legal m'l
8-

FIRST CLASS